## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| NMBFiL, Inc.,[1] | Case No. 14-11942 (PJW) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                      ) ss.
COUNTY OF ESSEX       )

I, Kathleen M. Logan, hereby certify:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-mentioned Debtor.

3. Between October 13, 2014 and October 14, 2014 I caused copies of the following:

   - **Order Extending the Time Within Which NMBFiL, Inc. Must File its Schedules and Statement of Financial Affairs** [Dkt. No. 19]

   to be served in the manner indicated upon the parties identified on the Service Lists attached hereto as Exhibits A and B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_Kathleen M. Logan_

Sworn to before me this
14th day of October 2014

_Sylwia Grabowski_
Notary Public

SYLWIA GRABOWSKI
Commission # 2447225
Notary Public, State of New Jersey
My Commission Expires
June 17, 2019

---

[1] The last four digits of NMBFiL, Inc.'s taxpayer identification number are 2441, and NMBFiL's address is 2628 Pearl Road, Medina, Ohio 44256.

EXHIBIT A
SERVICE LIST
Served on 10/13/2014

SPH_NMB_7G

**EXHIBIT A SERVICE LIST**
Order Extending the Time Within Which NMBFiL, Inc. Must File its
Schedules and Statement of Financial Affairs [Dkt No 19 Case No 14-11942]

Page 1 of 2

**DEBTOR: SPECIALTY PRODUCTS HOLDING CORP., et al.,**          **CASE NO: 10-11780 (PJW)**

**Via Email**
Creditor ID: 99098-91
BRAYTON & PURCELL
BRYN G LETSCH, ESQ
222 RUSH LANDING RD
PO BOX 6169
NOVATO CA 94948
Email: bletsch@braytonlaw.com

**Via Email**
Creditor ID: 99099-91
BRENT COON & ASSOCIATES
PHILIP M KANAYAN, ESQ
300 FANNIN STE 200
HOUSTON TX 77002
Email: philip.kanayan@bcoonlaw.com

**Via Email**
Creditor ID: 99101-91
BUCK LAW FIRM
ROBERT C BUCK, ESQ
1050 CROWN POINT PKWY STE 940
ATLANTA GA 30338
Email: rbuck@buckfirm.com

**Via Email**
Creditor ID: 99103-91
CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC
EDWIN H BEACHLER, ESQ
20 STANWIX ST 7TH FL
PITTSBURGH PA 15222
Email: ebeachler@cbmclaw.com

**Via Email**
Creditor ID: 99106-91
COADY LAW FIRM
SIMON SIMONS & EDWARD P COADY ESQS
205 PORTLAND ST 5TH FL
BOSTON MA 02114
Email: epcoady@coadylaw.com

**Via Email**
Creditor ID: 99113-91
DEATON LAW FIRM, THE
JOHN DEATON, ESQ
450 N BROADWAY
EAST PROVIDENCE RI 02914
Email: jdeaton@deatonlawfirm.com

**Via Email**
Creditor ID: 99111-91
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
ETHAN EARLY, ESQ
ONE CENTURY TOWER
265 CHURCH ST
NEW HAVEN CT 06508
Email: eearly@elslaw.com

**Via Email**
Creditor ID: 99114-91
FLINT & ASSOCIATES LLC
ETHAN FLINT, ESQ
112 MAGNOLIA DR
GLEN CARBON IL 62034
Email: eflint@toverdict.com

**Via Email**
Creditor ID: 99116-91
GOLDBERG PERSKY & WHITE PC
BRUCE MATTOCK, ESQ
1030 FIFTH AVE
PITTSBURGH PA 15219
Email: bmattock@gpwlaw.com

**Via Email**
Creditor ID: 99118-91
GORI JULIAN & ASSOCIATES PC
JOHN JULIAN, ESQ
156 N MAIN ST
EDWARDSVILLE IL 62025
Email: barry@gorijulianlaw.com

**Via Email**
Creditor ID: 99120-91
HOWARD BRENNER & NASS PC
DAVID BRENNER, ESQ
1515 MARKET ST STE 2000
PHILADELPHIA PA 19102
Email: dbrenner@hbnpclaw.com

**Via Email**
Creditor ID: 99122-91
LANIER LAW FIRM PLLC
MAURA KOLB, ESQ
TOWER 56
126 E 56TH ST 6TH FL
NEW YORK NY 10022
Email: Maura.Kolb@LanierLawFirm.com

**Via Email**
Creditor ID: 99123-91
LAW OFFICES OF PETER G ANGELOS PC
PAUL MATHENY, ESQ
100 N CHARLES ST
BALTIMORE MD 21201
Email: pmatheny@lawpga.com

**Via Email**
Creditor ID: 99124-91
LEVY KONIGSBERG LLP
AUDREY RAPHAEL, ESQ
800 THIRD AVE 11TH FL
NEW YORK NY 10022
Email: araphael@lpklaw.com

**Via Email**
Creditor ID: 99125-91
MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC
CHRISTIAN HARTLEY, ESQ
CHRIS MCKEAN
211 N BROADWAY STE 2940
ST LOUIS MO 63102
Email: chartley@mrhfmlaw.com; cmckean@mrhfmlaw.com

**Via Email**
Creditor ID: 99127-91
MOTLEY RICE LLC
NATHAN FINCH, ESQ
321 S MAIN ST 2ND FL
PROVIDENCE RI 02903
Email: nfinch@motleyrice.com

**Via Email**
Creditor ID: 99100-91
MYERS & COMPANY PLLC
MICHAEL MYERS, ESQ
1530 EASTLAKE AVE EAST
SEATTLE WA 98102
Email: mmyers@myers-company.com

**Via Email**
Creditor ID: 99102-91
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES
DIANE COFFEY, ESQ
EMPIRE STATE BLDG
350 5TH AVE, STE 7413
NEW YORK NY 10118
Email: DCoffey@NapoliBern.com

**EXHIBIT A SERVICE LIST**
Order Extending the Time Within Which NMBFiL, Inc. Must File its
Schedules and Statement of Financial Affairs [Dkt No 19 Case No 14-11942]

Page 2 of 2

**DEBTOR: SPECIALTY PRODUCTS HOLDING CORP., et al.,**     **CASE NO: 10-11780 (PJW)**

| **Via Email** | **Via Email** | **Via Email** |
|---|---|---|
| Creditor ID: 99104-91 | Creditor ID: 99105-91 | Creditor ID: 99109-91 |
| O'BRIEN LAW FIRM PC | PAUL REICH & MYERS PC | SIMMONS HANLY CONROY LLC |
| ANDREW O'BRIEN, ESQ | ROBERT E PAUL, ESQ | JOHN BARNERD, ESQ |
| 815 GEYER AVENUE | 1608 WALNUT ST, STE 500 | 230 W MONROE ST, STE 2221 |
| ST LOUIS MO 63104 | PHILADELPHIA PA 19103 | CHICAGO IL 60606 |
| Email: obrien@obrienlawfirm.com | Email: RPAUL@PRMPCLAW.COM | Email: jbarnerd@simmonsfirm.com |

| **Via Email** | **Via Email** | **Via Email** |
|---|---|---|
| Creditor ID: 99110-91 | Creditor ID: 99112-91 | Creditor ID: 99115-91 |
| SIMON GREENSTONE PANATIER BARTLETT PC | SWMK LAW LLC | URY & MOSKOW LLC |
| J BRADLEY SMITH, ESQ | J JOSEPH KUSMIERCZAK, ESQ | NEAL MOSKOW, ESQ |
| 301 EAST OCEAN BLVD, STE 1950 | 701 MARKET ST, STE 1575 | 883 BLACK ROCK TURNPIKE |
| LONG BEACH CA 90802 | ST LOUIS MO 63101 | FAIRFIELD CT 06825 |
| Email: bsmith@seglaw.com | Email: joe@swmklaw.com | Email: neal@urymoskow.com |

| **Via Email** | **Via Email** | **Via Email** |
|---|---|---|
| Creditor ID: 99117-91 | Creditor ID: 99119-91 | Creditor ID: 99121-91 |
| WATERS & KRAUS LLP | WEINSTEIN COUTURE PLLC | WEITZ & LUXENBERG PC |
| LESLIE MACLEAN, ESQ | BENJAMIN COUTURE, ESQ | NEIDRA WILSON, ESQ |
| 3219 MCKINNEY AVE | 1001 FOURTH AVE, STE 4400 | 200 LAKE DRIVE EAST, STE 205 |
| DALLAS TX 75204 | SEATTLE WA 98154 | CHERRY HILL NJ 08002 |
| Email: lmaclean@waterskraus.com | Email: BEN@WEINSTEINCOUTURE.COM | Email: nwilson@weitzlux.com |

**Total:    27**

EXHIBIT B
SERVICE LIST
Served on 10/14/2014

SPH_NMB_7G

**EXHIBIT B SERVICE LIST**
**Order Extending the Time Within Which NMBFiL, Inc. Must File its**
**Schedules and Statement of Financial Affairs [Dkt No 19 Case No 14-11942]**

Page 1 of 3

**DEBTOR: SPECIALTY PRODUCTS HOLDING CORP., et al.,**           **CASE NO: 10-11780 (PJW)**

| | | |
|---|---|---|
| **Via First-Class Mail**<br>Creditor ID: 99098-91<br>BRAYTON & PURCELL<br>BRYN G LETSCH, ESQ<br>222 RUSH LANDING RD<br>PO BOX 6169<br>NOVATO CA 94948 | **Via First-Class Mail**<br>Creditor ID: 99099-91<br>BRENT COON & ASSOCIATES<br>PHILIP M KANAYAN, ESQ<br>300 FANNIN STE 200<br>HOUSTON TX 77002 | **Via First-Class Mail**<br>Creditor ID: 99101-91<br>BUCK LAW FIRM<br>ROBERT C BUCK, ESQ<br>1050 CROWN POINT PKWY STE 940<br>ATLANTA GA 30338 |
| **Via Email**<br>Creditor ID: 64320-98<br>CALFEE HALTER & GRISWOLD LLP<br>COUNSEL TO RPM INTERNATIONAL<br>THOMAS F MCKEE, ESQ<br>JOHN J JENKINS & GUS KALLERGIS, ESQS<br>THE CALFEE BLDG, 1405 EAST SIXTH ST<br>CLEVELAND OH 44114-1607<br>Email: tmckee@calfee.com; jjenkins@calfee.com; gkallergis@calfee.com | **Via First-Class Mail**<br>Creditor ID: 64320-98<br>CALFEE HALTER & GRISWOLD LLP<br>COUNSEL TO RPM INTERNATIONAL<br>THOMAS F MCKEE, ESQ<br>JOHN J JENKINS & GUS KALLERGIS, ESQS<br>THE CALFEE BLDG, 1405 EAST SIXTH ST<br>CLEVELAND OH 44114-1607 | **Via First-Class Mail**<br>Creditor ID: 99103-91<br>CAROSELLI BEACHLER MCTIERNAN & CONBOY LLC<br>EDWIN H BEACHLER, ESQ<br>20 STANWIX ST 7TH FL<br>PITTSBURGH PA 15222 |
| **Via First-Class Mail**<br>Creditor ID: 99106-91<br>COADY LAW FIRM<br>SIMON SIMONS & EDWARD P COADY ESQS<br>205 PORTLAND ST 5TH FL<br>BOSTON MA 02114 | **Via First-Class Mail**<br>Creditor ID: 99108-91<br>COONEY & CONWAY<br>KATHY BYRNE, ESQ<br>120 N LASALLE ST<br>CHICAGO IL 60602 | **Via First-Class Mail**<br>Creditor ID: 99113-91<br>DEATON LAW FIRM, THE<br>JOHN DEATON, ESQ<br>450 N BROADWAY<br>EAST PROVIDENCE RI 02914 |
| **Via First-Class Mail**<br>Creditor ID: 99111-91<br>EARLY LUCARELLI SWEENEY & MEISENKOTHEN<br>ETHAN EARLY, ESQ<br>ONE CENTURY TOWER<br>265 CHURCH ST<br>NEW HAVEN CT 06508 | **Via First-Class Mail**<br>Creditor ID: 99114-91<br>FLINT & ASSOCIATES LLC<br>ETHAN FLINT, ESQ<br>112 MAGNOLIA DR<br>GLEN CARBON IL 62034 | **Via First-Class Mail**<br>Creditor ID: 99116-91<br>GOLDBERG PERSKY & WHITE PC<br>BRUCE MATTOCK, ESQ<br>1030 FIFTH AVE<br>PITTSBURGH PA 15219 |
| **Via First-Class Mail**<br>Creditor ID: 99118-91<br>GORI JULIAN & ASSOCIATES PC<br>JOHN JULIAN, ESQ<br>156 N MAIN ST<br>EDWARDSVILLE IL 62025 | **Via First-Class Mail**<br>Creditor ID: 99120-91<br>HOWARD BRENNER & NASS PC<br>DAVID BRENNER, ESQ<br>1515 MARKET ST STE 2000<br>PHILADELPHIA PA 19102 | **Via First-Class Mail**<br>Creditor ID: 99122-91<br>LANIER LAW FIRM PLLC<br>MAURA KOLB, ESQ<br>TOWER 56<br>126 E 56TH ST 6TH FL<br>NEW YORK NY 10022 |
| **Via First-Class Mail**<br>Creditor ID: 99123-91<br>LAW OFFICES OF PETER G ANGELOS PC<br>PAUL MATHENY, ESQ<br>100 N CHARLES ST<br>BALTIMORE MD 21201 | **Via First-Class Mail**<br>Creditor ID: 99124-91<br>LEVY KONIGSBERG LLP<br>AUDREY RAPHAEL, ESQ<br>800 THIRD AVE 11TH FL<br>NEW YORK NY 10022 | **Via First-Class Mail**<br>Creditor ID: 99125-91<br>MAUNE RAICHLE HARTLEY FRENCH & MUDD LLC<br>CHRISTIAN HARTLEY, ESQ<br>CHRIS MCKEAN<br>211 N BROADWAY STE 2940<br>ST LOUIS MO 63102 |

**EXHIBIT B SERVICE LIST**
Order Extending the Time Within Which NMBFiL, Inc. Must File its
Schedules and Statement of Financial Affairs [Dkt No 19 Case No 14-11942]

Page 2 of 3

**DEBTOR: SPECIALTY PRODUCTS HOLDING CORP., et al.,**  **CASE NO: 10-11780 (PJW)**

| | | |
|---|---|---|
| **Via Email**<br>Creditor ID: 64741-98<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PI CLAIMANT<br>NATALIE D RAMSEY, ESQS<br>1105 NORTH MARKET ST, STE 1500<br>WILMINGTON DE 19801-1201<br>Email: nramsey@mmwr.com; lkrepto@mmwr.com | **Via Email**<br>Creditor ID: 88419-98<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PI CLAIMANT<br>LAURIE A KREPTO, ESQ<br>MARK A FINK, ESQ<br>1105 NORTH MARKET ST, STE 1500<br>WILMINGTON DE 19801<br>Email: lkrepto@mmwr.com | **Via First-Class Mail**<br>Creditor ID: 88419-98<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PI CLAIMANT<br>LAURIE A KREPTO, ESQ<br>MARK A FINK, ESQ<br>1105 NORTH MARKET ST, STE 1500<br>WILMINGTON DE 19801 |
| **Via First-Class Mail**<br>Creditor ID: 64741-98<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>COUNSEL TO OFFICIAL COMMITTEE ASBESTOS PI CLAIMANT<br>NATALIE D RAMSEY, ESQS<br>1105 NORTH MARKET ST, STE 1500<br>WILMINGTON DE 19801-1201 | **Via First-Class Mail**<br>Creditor ID: 92958-97<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>ROBERT J DEHNEY, GREGORY W WERKHEISER,<br>CURTIS S MILLER<br>1201 N MARKET ST, 16TH FL, PO BOX 1347<br>WILMINGTON DE 19899-1347 | **Via Email**<br>Creditor ID: 92958-97<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>ROBERT J DEHNEY, GREGORY W WERKHEISER,<br>CURTIS S MILLER<br>1201 N MARKET ST, 16TH FL, PO BOX 1347<br>WILMINGTON DE 19899-1347<br>Email: rdehney@mnat.com; gwerkheiser@mnat.com; cmiller@mnat.com |
| **Via First-Class Mail**<br>Creditor ID: 99127-91<br>MOTLEY RICE LLC<br>NATHAN FINCH, ESQ<br>321 S MAIN ST 2ND FL<br>PROVIDENCE RI 02903 | **Via First-Class Mail**<br>Creditor ID: 99100-91<br>MYERS & COMPANY PLLC<br>MICHAEL MYERS, ESQ<br>1530 EASTLAKE AVE EAST<br>SEATTLE WA 98102 | **Via First-Class Mail**<br>Creditor ID: 99102-91<br>NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES<br>DIANE COFFEY, ESQ<br>EMPIRE STATE BLDG<br>350 5TH AVE, STE 7413<br>NEW YORK NY 10118 |
| **Via First-Class Mail**<br>Creditor ID: 99104-91<br>O'BRIEN LAW FIRM PC<br>ANDREW O'BRIEN, ESQ<br>815 GEYER AVENUE<br>ST LOUIS MO 63104 | **Via Email**<br>Creditor ID: 64186-98<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19801<br>Email: richard.schepacarter@usdoj.gov | **Via First-Class Mail**<br>Creditor ID: 64186-98<br>OFFICE OF THE US TRUSTEE<br>RICHARD L. SCHEPACARTER<br>844 KING STREET, ROOM 2207<br>LOCKBOX #35<br>WILMINGTON DE 19801 |
| **Via First-Class Mail**<br>Creditor ID: 99105-91<br>PAUL REICH & MYERS PC<br>ROBERT E PAUL, ESQ<br>1608 WALNUT ST, STE 500<br>PHILADELPHIA PA 19103 | **Via Email**<br>Creditor ID: 99107-94<br>SAVINIS D'AMICO & KANE<br>JANICE SAVINIS, ESQ<br>707 GRANT ST, STE 3626<br>PITTSBURGH PA 15219<br>Email: jsavinis@sdklaw.com; msacco@sdklaw.com | **Via First-Class Mail**<br>Creditor ID: 99109-91<br>SIMMONS HANLY CONROY LLC<br>JOHN BARNERD, ESQ<br>230 W MONROE ST, STE 2221<br>CHICAGO IL 60606 |
| **Via First-Class Mail**<br>Creditor ID: 99110-91<br>SIMON GREENSTONE PANATIER BARTLETT PC<br>J BRADLEY SMITH, ESQ<br>301 EAST OCEAN BLVD, STE 1950<br>LONG BEACH CA 90802 | **Via First-Class Mail**<br>Creditor ID: 93241-97<br>SULLIVAN & CROMWELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>MARK F ROSENBERG, ROBINSON B LACY<br>SCOTT W SCHWARTZ & JUDITH R FIORINI<br>125 BROAD ST<br>NEW YORK NY 10004-2498 | **Via Email**<br>Creditor ID: 93241-97<br>SULLIVAN & CROMWELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>MARK F ROSENBERG, ROBINSON B LACY<br>SCOTT W SCHWARTZ & JUDITH R FIORINI<br>125 BROAD ST<br>NEW YORK NY 10004-2498<br>Email: rosenbergm@sullcrom.com; lacyr@sullcrom.com;<br>schwartzs@sullcrom.com; fiorinij@sullcrom.com |

**EXHIBIT B SERVICE LIST**
**Order Extending the Time Within Which NMBFiL, Inc. Must File its**
**Schedules and Statement of Financial Affairs [Dkt No 19 Case No 14-11942]**

Page 3 of 3

**DEBTOR: SPECIALTY PRODUCTS HOLDING CORP., et al.,**     **CASE NO: 10-11780 (PJW)**

| Via First-Class Mail | Via Email | Via First-Class Mail |
|---|---|---|
| Creditor ID: 93507-97<br>SULLIVAN & CROMWELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>ANDY DIETDERICK, MICHAEL TORKIN<br>& DAVID ZYLBERBERG<br>125 BROAD STREET<br>NEW YORK NY 10004 | Creditor ID: 93507-97<br>SULLIVAN & CROMWELL LLP<br>COUNSEL TO RPM INTERNATIONAL INC<br>ANDY DIETDERICK, MICHAEL TORKIN<br>& DAVID ZYLBERBERG<br>125 BROAD STREET<br>NEW YORK NY 10004<br>Email: dietdericha@sullcrom.com; torkinm@sullcrom.com; zylberbergd@sullcrom.com | Creditor ID: 99112-91<br>SWMK LAW LLC<br>J JOSEPH KUSMIERCZAK, ESQ<br>701 MARKET ST, STE 1575<br>ST LOUIS MO 63101 |

| Via First-Class Mail | Via First-Class Mail | Via First-Class Mail |
|---|---|---|
| Creditor ID: 99115-91<br>URY & MOSKOW LLC<br>NEAL MOSKOW, ESQ<br>883 BLACK ROCK TURNPIKE<br>FAIRFIELD CT 06825 | Creditor ID: 99117-91<br>WATERS & KRAUS LLP<br>LESLIE MACLEAN, ESQ<br>3219 MCKINNEY AVE<br>DALLAS TX 75204 | Creditor ID: 99119-91<br>WEINSTEIN COUTURE PLLC<br>BENJAMIN COUTURE, ESQ<br>1001 FOURTH AVE, STE 4400<br>SEATTLE WA 98154 |

| Via First-Class Mail | Via First-Class Mail | Via Email |
|---|---|---|
| Creditor ID: 99121-91<br>WEITZ & LUXENBERG PC<br>NEIDRA WILSON, ESQ<br>200 LAKE DRIVE EAST, STE 205<br>CHERRY HILL NJ 08002 | Creditor ID: 92846-98<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>COUNSEL TO ERIC D GREEN, FUTURE CLAIMANTS' REP<br>JAMES L PATTON JR; EDWIN J HARRON; EDMON MORTON;<br>SHARON M ZIEG; ERIN EDWARDS; JOHN DORSEY<br>RODNEY SQ, 1000 N KING ST<br>WILMINGTON DE 19801 | Creditor ID: 92846-98<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>COUNSEL TO ERIC D GREEN, FUTURE CLAIMANTS' REP<br>JAMES L PATTON JR; EDWIN J HARRON; EDMON MORTON;<br>SHARON M ZIEG; ERIN EDWARDS; JOHN DORSEY<br>RODNEY SQ, 1000 N KING ST<br>WILMINGTON DE 19801<br>Email: eharron@ycst.com; emorton@ycst.com; szieg@ycst.com; jpatton@ycst.com; eedwards@ycst.com; jdorsey@ycst.com |

**Total:   45**